[No. 27299-1-III.   Division Three.   July 23, 2009.]

A.W.R. CONSTRUCTION, INC., *Petitioner*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-05164-8, Michael P. Price, J., entered June 26, 2008. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ. Now published at 152 Wn. App. 479.

[No. 27316-4-III.   Division Three.   July 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIX R. COLON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03566-5, Tari S. Eitzen, J., entered July 3, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.

[No. 59835-0-I.   Division One.   July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LEWIS GARROTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07859-6, Linda Lau, J., entered February 7, 2007. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Leach, JJ.

[No. 59901-1-I.   Division One.   July 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CINQUE RICHARD GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-05056-3, Paris K. Kallas, J., entered February 20, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Leach, JJ.